No. 00–7649. MORROW v. GEORGIA, *ante*, p. 944. Motion for leave to file petition for rehearing denied.

MAY 22, 2001

No. 00–10165 (00A1029). SMITH v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS took no part in the consideration or decision of this application and this petition.

MAY 24, 2001

No. 00–1572. SEABOARD SURETY CO. ET AL. v. UNITED STATES FOR THE USE AND BENEFIT OF S & G EXCAVATING, INC. C. A. 7th Cir. Certiorari dismissed under this Court's Rule 46.1.